David P. Swenson, Farney Daniels PC, Minneapolis, MN, argued for appellant. Also represented by Peter Thomas.

Abby M. Mollen, Barlit Beck Herman Palenchar & Scott LLP, Chicago, IL, argued for appellees. Appellee Barnes & Noble, Inc., also represented by James S. Blackburn, Arnold & Porter, LLP, Los Angeles, CA; Matthew Wolf, Washington, DC; Willow White Noonan, San Francisco, CA. Appellee Amazon.com also represented by Adam Mortara, Bartlit Beck Herman Palenchar & Scott LLP, Chicago, IL; Jeffrey H. Dean, Amazon.com, Inc., Seattle, WA.

PROST, Chief Judge, CLEVENGER and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Mathias Wetzstein Samuel, Fish & Richardson P.C., Minneapolis, MN, argued for appellant. Also represented by Robert P. Courtney, Conrad Gosen.

Jason Alexander Engel, K & L Gates LLP, Chicago, IL, argued for appellee. Also represented by Robert J. Barz, Alan L. Barry, Benjamin Edward Weed.

PROST, Chief Judge, CLEVENGER and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

**CUTSFORTH, INC., Appellant**

v.

**MOTIVEPOWER, INC., Appellee.**

No. 2015-1315.

United States Court of Appeals, Federal Circuit.

Dec. 17, 2015.

**Boice F. SMITHERS, Jr.,**
**Claimant–Appellant**

v.

**Robert A. MCDONALD, Secretary of**
**Veterans Affairs, Respondent–**
**Appellee.**

No. 2015–7079.

United States Court of Appeals, Federal Circuit.

Dec. 18, 2015.